## Commonwealth *v.* Scott, Appellant.

728

Submitted December 6, 1974. *Gerald Jay Pomerantz*, for appellant; *Bruce A. Franzel, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.